UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMELINDA CRABBE,<br><br>                              Plaintiff,<br><br>-against-<br><br>35 POLICE PRECINCT; TIME SQUARE ALLIANCE; GARMENT INDUSTRY; 34 STREET PRECINCT,<br><br>                              Defendants. | 22-CV-7752 (LTS)<br><br>ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On October 18, 2019, Plaintiff was barred from filing any new civil action *in forma pauperis* ("IFP") in this court without first obtaining from the court leave to file. *See Crabbe v. Manhattan Mini Storage*, ECF 1:19-CV-0013, 6 (S.D.N.Y. Oct. 18, 2019). Plaintiff files this new *pro se* case, seeks IFP status, but she has not sought leave from the court to file this action. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the October 18, 2019, order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   September 12, 2022
             New York, New York

                                                                        /s/ Laura Taylor Swain
                                                                        LAURA TAYLOR SWAIN
                                                                        Chief United States District Judge